AO91 (Rev. 12/03)   Criminal Complaint                                                               AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| vs. | |
| | Case Number: 7:18-po-09248 |

Martha GIRON-Bueso
IAE
Honduras 1995

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **July 27, 2018** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Martha GIRON-Bueso was encountered by Border Patrol Agents near Mission, Texas on July 28, 2018. When questioned as to her citizenship, defendant stated that she was a citizen and national of Honduras, who had entered the United States illegally on July 27, 2018 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Ramirez, Robert  Border Patrol Agent
Signature of Complainant

Ramirez, Robert   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 29, 2018                                                               at   McAllen, Texas
Date                                                                                  City/State

J Scott Hacker          U.S. Magistrate Judge
Name of Judge          Title of Judge                                  Signature of Judge